**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:24-cv-20474-DPG**

AMERICAN FEDERATION OF
GOVERNMENT EMPLOYEES,
LOCAL 501,

      Plaintiff,

v.

FEDERAL BUREAU OF
PRISONS, et al.,

      Defendants.

_____/

**<u>ORDER</u>**

**THIS CAUSE** comes before the Court on Plaintiff American Federation of Government Employees, Local 501's Motion to Enforce the Court's Final Judgment and for Sanctions Against the Defendants ("Motion"). [ECF No. 53]. On March 12, 2025, the Court denied the Motion in part, finding no basis to award sanctions. [ECF No. 65]. Also on the same day, the Court referred the Motion to Magistrate Judge Lauren Louis "to determine the amount of back pay owed to Ian Morgan, consistent with the Arbitration Award, [ECF No. 44], and the Final Judgment, [ECF No. 49]." [ECF No. 66]. On September 14, 2025, Judge Louis issued her Report and Recommendations, recommending that the Motion to Enforce the Court's Final Judgment be denied, to the extent it seeks any further relief from the Court. [ECF No. 74]. Plaintiff timely objected to Judge Louis's Report and Recommendations. [ECF No. 75].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). The objected portions of the report and recommendation are accorded *de novo* review if those objections "pinpoint the specific findings that the party

disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear errors. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). After conducting a *de novo* review of the record, the Court agrees with Judge Louis' well-reasoned analysis and conclusions that the Motion be denied.

## CONCLUSION

Therefore, it is **ORDERED AND ADJUDGED** as follows:

(1)     The Report and Recommendations, [ECF No. 74], is **ADOPTED** in full.

(2)     Plaintiff American Federation of Government Employees, Local 501's Motion to Enforce the Court's Final Judgment and for Sanctions, [ECF No. 53], is **DENIED**.

(3)     This action is remanded to the Arbitrator to clarify the award.

(4)     This action is administratively closed.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of June, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**

2